UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| In The Matter Of: | In Bankruptcy: |
|---|---|
| AJAY SPORTS, INC. | Case No. 06-59289-PJS |
|  | Chapter 7 |
|  | Hon. PHILLIP J. SHEFFERLY |
| Debtor(s) | |

## NOTICE OF UNCLAIMED DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $93.90 represents unclaimed dividends in this Estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Savva's Golf Enterprises, LLC<br>c/o Pro Golf of Jersey City<br>New Port Plaza<br>125-A2 18th Street<br>Jersey City, NJ 07310 | 4 | $84.37 |
| PGS of Sugarland<br>19820 Southwest Fwy<br>Sugar Land, TX 77479 | 12 | $9.53 |

Total: $93.90

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 09/20/2010